UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

EUGENE TABONE,

                         **Plaintiff,**

        -against-                                    **1:21-cv-07760 (ALC)**

CANVAS PROPERTY GROUP LLC, ET AL.,                          **ORDER**

                       **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the parties' Release of Claims and Settlement Agreement with accompanying Letter Motion for Approval of the Settlement Agreement, filed May 25, 2022. (ECF No. 37.) Having reviewed the Settlement Agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:   July 1, 2022

                                                      **ANDREW L. CARTER, JR.**
                                                      United States District Judge