**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 29, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUGENE TABONE,

                         CASE NO.
                         1:21-cv-07760-ALC

            Plaintiff,

                         **RULE 68 JUDGMENT**

-against-

HUSA E84, LLC, CANVAS PROPERTY GROUP LLC, and
STONE STREET PROPERTY MANAGEMENT LLC

                         ECF Case,

            Defendants.

---

     **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, CANVAS PROPERTY GROUP LLC, having offered to allow Plaintiff EUGENE TABONE ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 11, 2022 and filed as Exhibit A to Docket No. 34;

     **WHEREAS**, on May 26, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Docket No. 34);

     It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of fifteen thousand dollars ($15,000.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer dated May 11, 2022, and filed as Exhibit A to Docket No. 34.

     The Clerk is directed to close this case.

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Nov. 29, 2022

Pg. 1