UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EUGENE TABONE,

        Plaintiff,

v.

HUSA E84, LLC, CANVAS PROPERTY
GROUP LLC, and STONE STREET PROPERTY
MANAGEMENT LLC,

        Defendants.
_____

Case No: 1:21-cv-07760-ALC

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on the 29th day of November 2022 [Docket No. 42] in favor of Plaintiff Eugene Tabone ("Plaintiff") and against Defendant Canvas Property Group LLC ("Canvas" or "Defendant") in the amount of $15,000, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
        February 1, 2023

**AIDALA, BERTUNA, & KAMINS**

_____
Lawrence Spasojevich, Esq.
*Of Counsel*
546 5th Avenue
New York, New York 10036
ls@aidalalaw.com.com
*Attorneys for Plaintiff*

STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF QUEENS         )

On the 1st day of February, 2023 before me personally came Lawrence Spasojevich, Esq. to me known and known to be a member of the firm of Aidala, Bertuna & Kamins, P.C., attorneys for EUGENE TABONE in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public